ACCEPTED
03-15-00409-CV
8022650
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/30/2015 6:35:13 PM
JEFFREY D. KYLE
CLERK

No. 03-15-00409-CV

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

11/30/2015 6:35:13 PM

JEFFREY D. KYLE
Clerk

In the Third Court of Appeals
Austin, Texas

**SUSAN ENGLAND**
*Appellant*

**v.**

**JANICE KOLBE, AS GUARDIAN OF THE ESTATE OF EDNA MOON**
*Appellee*

**APPEAL FROM CAUSE NO. 12-0361**
**207TH JUDICIAL DISTRICT COURT OF HAYS COUNTY, TEXAS**
**HON. GARY STEEL, PRESIDING**

**AMENDED CERTIFICATION REGARDING LENGTH OF BRIEF**

TO THE HONORABLE THIRD COURT OF APPEALS:

Susan England (now Susan Lee), the Appellant, files this Amended Certification Regarding the Length of Appellant's Brief based on the following:

1. On this day, Counsel for Appellant, Susan England (Lee), filed an incorrect certificate regarding the length of Appellant's brief. Counsel for Appellant notifies the Court that the certification as to the length of Appellant's Brief that was

filed with that brief is incorrect. The correct certification is as follows:

**Counsel for Appellant hereby certifies that the length of the Appellant's Brief filed today as indicated by the word processing system used to generate it, excluding appendices, is not 7,439 words, but is 14,252 words. While not required, this word count includes the caption, table of contents, index of authorities, statement of the case and issues presented, signature block, this certificate, and the certificate of service.**

I apologize for any confusion this may have caused.

Respectfully submitted,

Law Office of David Junkin
15401 RR12, Suite 105
P.O. Box 2910
Wimberley, TX  78676
512/847-8600
512/847-8604 (fax)
david@junkinlawoffice.com

_____
David Junkin
State Bar No. 11058020
Attorney for Appellant, Susan Lee

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this pleading was served on November 30, 2015, in the manner indicated below and on the following person(s):

**VIA FACSIMILE AND/OR ESERVE**

Jonathan Hull
c/o Reagan Burris, LLC
401 Main Plaza, Suite 200
New Braunfels, TX  78130

_____
David Junkin